```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 16272
   DARRYN W DUNBAR
   DENISE M DUNBAR                             CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-1608       SSN XXX-XX-2458
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/10/06 and confirmed on 03/07/07.

   2.  The case was dismissed after confirmation, 12/05/2008.

   3.  The Debtor paid a total of $  25000.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK | MORTGAGE ARRE | 14993.10 | .00 | 10464.77 |
| HARRIS BANK | SECURED | .00 | .00 | .00 |
| HARRIS BANK | MORTGAGE ARRE | 12583.00 | .00 | 8782.58 |
| GMAC PAYMENT CENTER | UNSECURED | 11186.66 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 20184.94 | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 1549.78 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10126.30 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1688.81 | .00 | .00 |
| CB USA INC | UNSECURED | 600.00 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 1310.00 | .00 | .00 |
| DELL FINANCIAL | UNSECURED | 1256.06 | .00 | .00 |
| DFS ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1163.42 | .00 | .00 |
| AMERICAN CORADIUS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 936.72 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| STERLING INC | UNSECURED | 495.54 | .00 | .00 |
| LENOX COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| LORD & TAYLOR | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2090.98 | .00 | .00 |
| OSI COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |

```
PARAGON WAY                  UNSECURED      2360.25              .00           .00
ROUNDUP FUNDING LLC          UNSECURED       772.15              .00           .00
WILL COUNTY TREASURER        SECURED        1975.05              .00       1975.05
INTERNAL REVENUE SERVICE     UNSECURED       446.48              .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  29551.15     20184.94     35983.15          .00       85719.24
PRINCIPAL PAID      21222.40          .00          .00          .00       21222.40
INTEREST PAID            .00          .00          .00          .00            .00
TOTAL PAID          21222.40          .00          .00          .00       21222.40
```

The Debtor's attorney, JOHN C DENT                   , was allowed $   3000.00
and was paid $    329.00   direct and $   2671.00   through the plan.

The Trustee received $    1106.60 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/11/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 06 B 16272 DARRYN W DUNBAR & DENISE M DUNBAR